# EXHIBIT "A"



**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-8553
www.internationalship.com

3/1/2018

**Bouchard Transportation Co Inc.**
**Barge 265**
**Re outstanding invoices:**

| | | |
|---|---|---|
| Invoice # 14524-1B | $ | 151,377.00 |
| Interest carried since 12/18/2018 | $ | 5,358.48 |
| Invoice # 14524-2B Rev1 | $ | 727,012.20 |
| Interest carried since 2/01/2019 | $ | 10,038.74 |
| Invoice # 14524-3B | $ | 254,610.00 |
| Invoice # 14524-4B | $ | 150,626.00 |
| Total | $ | 1,299,022.42 |

**Total amount**
**Owed 3/01/2019**

| | |
|---|---|
| Balance | $ 1,283,625.20 |
| Total Interest | 15,397.22 |
| Total Due | $ 1,299,022.42 |



# INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-6553

"Barge B. No. 265", Her Owners and Charterers
**C/O Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY  11747

Invoice #14524-4B              "Barge B. No. 265"              February 28, 2019
                               Progress Billing #4

International Ship Repair & Marine Services, Inc., respectfully request payment for work completed on the Barge B. No. 265.

**See attached spreadsheet**

**Total**                                          $ 150,626.00

**Total Invoice Amount Due Upon Receipt** ...... **$ 150,626.00**

| Please Send Check To: | Remit Electronic Payment to  Domestic | | International |
|---|---|---|---|
| International Ship Repair & Marine Services, Inc. | Beneficiary: | International Ship Repair & Marine Services, Inc. | |
| 1616 Penny Street | Account: | 20001315110 | |
| Tampa, FL  33605 | Bank: | IBERIABANK | IBERIABANK |
| | | 200 W. Congress Street | 200 W. Congress Street |
| | | Lafayette, LA 70501 | Lafayette, LA 70501   USA |
| | ABA Routing Number: 265270413 | | SWIFT Address: IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.

Progress Billing #3

**Bouchard Transportation Co., Inc.**
**"Barge No. 265"**

Berthing February, 2019

| No. | Item | Unit | Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| 1 | **GENERAL CONDITIONS** | | | | | | |
| A | **BERTH** | | | | | | |
|   | Wharfage (Subject to availability / Otherwise Port Authority dock Owner's expense) | day | 28 | $ 1,993.50 | $55,918.00 | 55,818.00 | 2/1/19 to 2/28/19 |
| B | **HARBOUR BOATS / PILOTS (Arrival & Departure)** | | | | | | |
| 2 | **SHORE POWER** | | | | | | |
|   | Connect / disconnect | | | | | | |
|   | Shore power per day (480v / 60 Hz) | | | | | | |
| 3 | **GANGWAY** | | | | | | |
| 4 | **FIRE PROTECTION** | | | | | | |
|   | Service per day | day | 28 | $ 116 | 3,248.00 | 3,248.00 | |
| 4a | **MAINTAIN VENTILATION TO KEEP BENZENE LEVELS DOWN** | | | | | | |
|   | Service per day | day | 28 | $ 1,500 | 42,000.00 | 42,000.00 | 2/1/19 to 2/28/19 Four (4) Multiport Blowers |
| 7 | **GARBAGE** | | | | | | |
|   | Garbage bin | ea | 1 | $ 450 | *As required | | |
| 5 | **CHEMIST CERTIFICATE/COMPETENT PERSON** | | | | | | |
|   | Competent person | day | 28 | $ 120.00 | 3,360.00 | 3,360.00 | |
| 8 | **CRANE SERVICE FOR OWNER** | | | | | | |
|   | Shore Crane | hr | 1 | $ 250 | *As required | | Price includes 1 rigger & 1 operator |
|   | Barge Crane | hr | 1 | $ 550 | *As required | | Price includes 1 rigger & 1 operator |
|   | Forklift | hr | 1 | $ 125 | *As required | | Price includes 1 operator |
| 9 | **SCHEDULE OF SHIPYARD RATES** | | | | | | |
|   | Labor | | | | | | |
|   | Straight time | m-hr | 1 | $ 70 | *As required | | |
|   | Overtime | m-hr | 1 | $ 95 | *As required | | |
|   | Electrician | | | | | | |
|   | Straight time | m-hr | 1 | $ 91 | *As required | | |
|   | Overtime | m-hr | 1 | $ 137 | *As required | | |
| 4a | **Skiff** | | | | | | |
|   | Service per day | day | 28 | $ 1,650 | 46,200.00 | 46,200.00 | 2/1/19 to 2/28/19 |

| | | |
|---|---|---|
| | **Services from 2/1/19 - 2/28/19** | **$ 150,626.00** |



**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1816 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

"Barge B. No. 265", Her Owners and Charterers
**C/O Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY  11747

Invoice #14524-3B           "Barge B. No. 265"           January 31, 2019
                             Progress Billing #3

Total Invoice Due Upon Receipt . . . . . $ 254,610.00

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00.  INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established.  INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control;  (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established;  (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien.  In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions.  This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice.  The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.

1



**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-6553

"Barge B. No. 265", Her Owners and Charterers
**C/O Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY  11747

Invoice #14524-3B        "Barge B. No. 265"        January 31, 2019
                         Progress Billing #3

International Ship Repair & Marine Services, Inc., respectfully request payment for work completed on the Barge B. No. 265.

**See attached spreadsheet**

**Total**                                $ 254,610.00

**Total Invoice Amount Due Upon Receipt** ...... $ 254,610.00

| Please Send Check To: | Remit Electronic Payment to   Domestic | International |
|---|---|---|
| International Ship Repair & Marine Services, Inc. | Beneficiary: International Ship Repair & Marine Services, Inc. | |
| 1616 Penny Street | Account: 20001315110 | |
| Tampa, FL  33605 | Bank: IBERIABANK | IBERIABANK |
| | 200 W. Congress Street | 200 W. Congress Street |
| | Lafayette, LA 70501 | Lafayette, LA 70501   USA |
| | ABA Routing Number: 265270413 | SWIFT Address:  IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.

**Progress Billing #3**

Bouchard Transportation Co., Inc.
" Barge No.265"

| No. | Item | Unit | Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS | | | | | | |
| A | BERTH | | | | | | |
| | Wharfage (Subject to availability / Otherwise Port Authority dock Owner's expense) | day | 48 | $ 1,000.00 | 48,000.00 | $ 48,000.00 | 12/15/18 to 1/31/19 |
| 2 | HARBOUR BOATS / PILOTS (Arrival & Departure) | | | | | | |
| 2 | SHORE POWER | | | | | | |
| | Connect / disconnect | | | | | | |
| | Shore power per day (480v / 60 Hz) | | | | | | |
| 3 | GANGWAY | | | | | | |
| 4 | FIRE PROTECTION | | | | | | |
| | Service per day | day | 48 | $ 116 | 5,568.00 | $ 5,568.00 | |
| 4a | MAINTAIN VENTILATION TO KEEP BENZENE LEVELS DOWN | | | | | | |
| | Service per day | day | 62 | $ 1,500 | 93,000.00 | $ 93,000.00 | 11/30/18 to 1/31/19 Four (4) Multiport Blowers |
| 7 | GARBAGE | | | | | | |
| | Garbage bin | ea | 1 | $ 450 | *As required | | |
| C | CHEMIST CERTIFICATE/COMPETENT PERSON | | | | | | |
| | Competent person | day | 48 | $ 120.00 | 5,760.00 | $ 5,760.00 | |
| B | CRANE SERVICE FOR OWNER | | | | | | |
| | Shore Crane | hr | 1 | $ 250 | *As required | | Price includes 1 rigger & 1 operator |
| | Barge Crane | hr | 1 | $ 550 | *As required | | Price includes 1 rigger & 1 operator |
| | Forklift | hr | 1 | $ 125 | *As required | | Price includes 1 operator |
| 9 | SCHEDULE OF SHIPYARD RATES | | | | | | |
| | Labor | | | | | | |
| | Straight time | m-hr | 1 | $ 70 | *As required | | |
| | Overtime | m-hr | 1 | $ 95 | *As required | | |
| | Electrician | | | | | | |
| | Straight time | m-hr | 1 | $ 91 | *As required | | |
| | Overtime | m-hr | 1 | $ 137 | *As required | | |
| 4a | Staging | | | | | | |
| | Service per day | day | 62 | $ 1,650 | 102,300.00 | $ 102,300.00 | 11/30/18 to 1/31/19 |
| | Removal | lot | 1 | $ 67,000 | 67,000.00 | | |

**Services from 12/15/18 - 1/31/19    $ 254,610.00**



**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1616 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

"Barge B. No. 265", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY  11747

Invoice #14524-4B          "Barge B. No. 265"          February 28, 2019
                           Progress Billing #4

Total Invoice Due Upon Receipt . . . . .  $ 150,626.00

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00.  INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and whensoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established.  INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE, AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established. (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien.  In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.

1

3690



ENTERED JAN 0 8 2019

**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1818 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-0553
www.internationalship.com

"Barge B. No. 265", Her Owners and Charterers
**C/O Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

**Invoice #14524-2B Rev 1**          "Barge B. No. 265"          December 14, 2018
                                     Progress Billing #2

Partial 10251321C

### Total Invoice Due December 14, 2018 . . . . . $ 727,012.20

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are fixed and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00. INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established. INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL, including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established. (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interests whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien. In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL'S liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more terms or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.



**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-6553

"Barge B. No. 265", Her Owners and Charterers
**C/O Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY  11747

**Invoice #14524-2B Rev 1**           "Barge B. No. 265"           December 14, 2018
                                       Progress Billing #2

International Ship Repair & Marine Services, Inc., respectfully request a progress payment for work completed as of 12/14/18 on the Barge B. No. 265.

| | |
|---|---|
| PO# 9055003 | $ 458,108.20 |
| PO# 9055086 | $ 29,800.00 |
| PO# 9055139 | $ 109,430.00 |
| PO# 9055181 | $ 13,112.00 |
| PO# 8017820 | $ 13,112.00 |
| PO# 9055279 | $ 71,450.00 |
| PO# 8017911 | $ 32,000.00 |

**See attached spreadsheet**

**Total**                             $ 878,389.20
**25% Down Payment**                  $ 151,377.00

**Total Invoice Amount Due Upon Receipt . . . . . . $ 727,012.20**

---

| Please Send Check To: | Remit Electronic Payment to  Domestic | International |
|---|---|---|
| International Ship Repair & Marine Services, Inc.<br>1616 Penny Street<br>Tampa, FL  33605 | Beneficiary: International Ship Repair & Marine Services, Inc.<br>Account:     20001315110<br>Bank:        IBERIABANK<br>             200 W. Congress Street<br>             Lafayette, LA 70501<br>ABA Routing Number: 265270413 | IBERIABANK<br>200 W. Congress Street<br>Lafayette, LA 70501    USA<br>SWIFT Address: IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.

ISR Proposal 18-223

Bouchard Transportation Co., Inc.
"Barge No. 265"

| No. | Item | Unit | Total Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| A | GENERAL CONDITIONS | | | | | | |
| | BERTH | | | | | | |
| | Wharfage (Subject to availability / Otherwise Port Authority dock Owner's expense) | day | 74 | $ 1,000.00 | $ 74,000.00 | $ 74,000.00 | Arrived Oct 25, 2018 |
| | | | | | | | PO received Oct 30 2018 @1500 |
| | | | | | | | Manton Bouchard Tug arrived 11/5/18 |
| B | HARBOUR BOATS / PILOTS (Arrival & Departure) | | | | | | |
| C | MOORING / UNMOORING | shift | 2 | $ 1,120.00 | $ 2,240.00 | $ 2,240.00 | |
| D | SHORE POWER | | | | | | |
| | Connect / disconnect | | | | | | |
| | Shore power per day (480v / 60 Hz) | | | | No charge while ISR want to execute | | |
| 2 | GANGWAY | | | | | | |
| | Gangway | ea | 1 | $ 1,100 | $ 1,100.00 | 1,100.00 | |
| 4 | FIRE PROTECTION | | | | | | |
| | Connect / disconnect | ea | 1 | $ 1,500 | $ 1,500.00 | | |
| | Service per day | day | 74 | $ 75 | $ 5,550.00 | 7,050.00 | |
| 7 | GARBAGE | | | | | | |
| | Garbage bin | ea | 1 | $ 450 | *As required | | |
| 5 | OWNER CERTIFICATE/COMPETENT PERSON | | | | | | |
| | Initial certification | lot | 1 | $ 2,800.00 | Owners Account | | |
| | Subsequent certificate – as required | ea | 4 | $ 1,900.00 | $ 7,280.00 | 16,080.00 | 11/02/18 Cert # 722-01663 / 11/23/18 Cert # 722-01662 / |
| | | | | | | | 11/27/18 Cert # 722-01683 / 11/28/18 Cert # 722-01685 |
| | Competent person | day | 74 | $ 120.00 | $ 8,880.00 | | |
| 8 | CRANE SERVICE FOR OWNER | | | | | | |
| | Shore Crane | hr | 1 | $ 250 | *As required | | Price includes 1 rigger & 1 operator |
| | Barge Crane | hr | 1 | $ 550 | *As required | | Price includes 1 rigger & 1 operator |
| | Forklift | hr | 1 | $ 125 | *As required | | Price includes 1 operator |
| 9 | SCHEDULE OF SHIPYARD RATES | | | | | | |
| | Labor | | | | | | |
| | Straight time | m-hr | 1 | $ 70 | *As required | | |
| | Overtime | m-hr | 1 | $ 95 | *As required | | |
| | Electrician | | | | | | |
| | Straight time | m-hr | 1 | $ 81 | *As required | | |
| | Overtime | m-hr | 1 | $ 137 | *As required | | |
| 10 | STEEL WORK | | | | | | |
| 10.1 | Frame 45 Port Side | lot | 1 | $ 351,955 | $ 351,955 | 351,955 | |
| | Insert 20' x 37' | | | | | | |
| | Renew 32 Brackets | | | | | | |
| | (2) dedicated fire watches | | | | | | |
| | OT Differential | | | | | | |
| 10.1.1 | Port Bottom | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |

ISR Proposal 18-223

**Bouchard Transportation Co., Inc.**
*"Barge No.265"*

| No. | Item | Unit | Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| 10.2 | Frame #5 Stbd Side<br>Insert 20" x 37"<br>Renew 32 Brackets<br>(2) dedicated fire watches<br>OT Differential | | | | | | |
| 10.2.1 | Lights<br>Connect / Disconnect Service | | | | | | |
| 10.2.2 | Ventilation<br>Connect / Disconnect Service | | | | | | |
| 10.3 | Pr #6 Port Side<br>Insert 20" x 37"<br>Renew 32 Brackets<br>(1) dedicated fire watch<br>OT Differential | | | | | | |
| 10.3.1 | Lights<br>Connect / Disconnect Service | | | | | | |
| 10.3.2 | Ventilation<br>Connect / Disconnect Service | | | | | | |
| 10.3 | Pr #6 Stbd Side<br>Insert 20" x 37"<br>Renew 32 Brackets<br>(1) dedicated fire watch<br>OT Differential | | | | | | |
| 10.3.1 | Lights<br>Connect / Disconnect Service | | | | | | |
| 10.3.2 | Ventilation<br>Connect / Disconnect Service | | | | | | |
| 10.4 | Centerline Girder<br>Insert 20" x 42"<br>Renew (1) angle 4" x 6" x 3/8" x 34 ft long<br>OT Differential | | | | | | |
| 10.5 | Staging<br>5 P/S – Stage aft bulkhead & center line bkhd<br>6 P/S – Stage fwd, aft and centerline bulkheads<br>7 P/S – Stage fwd bulkhead | lot<br>lot<br>lot | 1<br>1<br>1 | $ 26,680<br>$ 35,000<br>$ 26,680 | 26,680<br>35,000<br>26,680 | $ 88,360 | |
| 10.6 | Testing<br>Pressure test 6 port cargo<br>Pressure test 8 stbd cargo | lot<br>lot | 1<br>1 | $ 1,200<br>$ 1,200 | 1,200<br>1,200 | $ 2,400 | |

ISR Proposal 18-223

Bouchard Transportation Co., Inc.
" Barge No.265"

| No. | Item | Unit | Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| | **Clean Up** | | | | | | |
| | Stripping & removing debris per tank | ea | 6 | $ 11,050 | 66,300.00 | 66,300.00 | |
| | Bid includes all labor and materials for up to 12 hours per tank. | | | | | | |
| | Bid includes no other O/T or holiday time. | | | | | | |
| | Bid includes up to (1) drum of debris disposal additional disposal. | lb | 1 | 0.85 | 0.85 | ref price | |
| | Bid does not include disposal of water see pricing below | | | | | | |
| | Disposal of water used for water blanket | | | | | | |
| | Frac Tank 20,000 gals. (ea.) delivery and pick up | ea | 1 | 1,235 | 1,235.00 | ref price | To be extended to actual usage |
| | Pump water to tanks | gal | 1 | 0.45 | 0.45 | ref price | |
| | Frac Tank 20,000 gals. storage | day | 1 | 65 | 65.00 | ref price | |
| | **Options** | | | | | | |
| | Remove water to barge | | | | | | |
| | Pump water to barge 4000 barrel capacity | gal | 1 | 0.45 | 0.45 | ref price | |
| | Disposal using 4000 barrel barge | trip | 1 | 4,550.00 | 4,550.00 | ref price | Includes tug and captain |
| | **Steel Order** | | | | | | |
| CO 101 | Insert Brackets on Transverse Bulkheads | lot | 1 | $ 29,800.00 | 29,800.00 | 29,800.00 | |
| CO 102 | Insert Centerline Bulkhead | lot | 1 | $ 109,430.00 | 109,430.00 | 109,430.00 | |
| CO 103 | Blowdown Cargo Tank #4 | lot | 1 | $ 13,112.00 | 13,112.00 | 13,112.00 | |
| CO 104 | Insert Bulkhead 32 | lot | 1 | $ 121,640.00 | on hold | | |
| CO 105 | Insert Bulkhead Between Cargo Tanks 7 & 8 | lot | 1 | $ 121,640.00 | on hold | | |
| CO 106 | Blowdown Cargo Tank #8 | lot | 1 | $ 13,112.00 | 13,112.00 | 13,112.00 | |
| CO 107 | Butterworth Clean # 4 & 8 Cargo | lot | 1 | $ 71,450.00 | 71,450.00 | 71,450.00 | |
| CO 108 | Inserts on Main Deck | lot | 1 | $ - | on hold | | |
| CO 109 | Additional Butterworth Clean # 4 & 8 Cargo | lot | 1 | $ 32,000.00 | 32,000.00 | 32,000.00 | |

| | TOTAL | $ 672,392.20 |
|---|---|---|
| | 25% Down Payment | $ 164,370.00 |
| | Progress Bill for Work Complete as of 12/14/18 | $ 727,012.20 |

INTERNATIONAL SHIP REPAIR MARINE SERVICES, INC.



ENTERED NOV 29 2018

**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1616 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

"Barge B. No. 265", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

Invoice #14524-1B             "Barge B. No. 265"                November 19, 2018
                              P.O.# 9055003
                              Progress Billing #1

Partial 10251 ₴ 14265

Total Invoice Due November 19, 2018 . . . . . $ 151,377.00

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00. INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, prior stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established. INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE, AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established; (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien. In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.

1



**INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.**
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-6553

"Barge B. No. 265", Her Owners and Charterers
**C/O Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY  11747

Invoice #14524-1B           "Barge B. No. 265"              November 19, 2018
                            P.O.# 9055003
                            Progress Billing #1

International Ship Repair & Marine Services, Inc., respectfully request a 25% down payment for work in progress on the Barge B. No. 265.

**See attached spreadsheet**

**Total**                                    $ 151,377.00


**Total Invoice Amount Due Upon Receipt . . . . . . $ 151,377.00**




**\*NOTE: If Florida Sales Tax and Hillsborough County Tax are applicable they will be applied on the final invoice we process.**

| Please Send Check To: | Remit Electronic Payment to   Domestic | International |
|---|---|---|
| International Ship Repair & Marine Services, Inc. 1616 Penny Street Tampa, FL  33605 | Beneficiary: International Ship Repair & Marine Services, Inc. Account: 20001315110 Bank: IBERIABANK 200 W. Congress Street Lafayette, LA 70501 ABA Routing Number: 265270413 | IBERIABANK 200 W. Congress Street Lafayette, LA 70501   USA SWIFT Address: IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croul, International Ship Repair at 813-247-1118.

2

*ISR Proposal 18-223*

**Bouchard Transportation Co., Inc.**
**"Barge No. 265"**

| No. | Item | | Unit | Total Quantity | Unit Price | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL CONDITIONS** | | | | | | | |
| A | **BERTH** Wharfage (Subject to availability / Otherwise Port Authority dock Owner's expense) | | day | 20 | $ 1,000.00 | | Arrived Oct-25, 2018 PO received Oct 30 2018 @1530 Marion Bouchard Tug arrived 11/5/18 | |
| B | HARBOR BOATS / PILOTS (arrival & departure) | | | | | | | |
| C | MOORING / UNMOORING | | shift | 2 | $ 1,120.00 | 2,240 | | |
| D | **SHORE POWER** Connect / disconnect Shore power per day (480v / 60 Hz) | | | | | PO price as per the ISR work as required | | |
| E | **GANGWAY** Gangway | | ea | 1 | $ 1,100 | 1,100 | | |
| F | **FIRE PROTECTION** Connect / disconnect Service per day | | ea day | 1 20 | $ 1,500 75 | 1,500 1,500 | | |
| G | **GARBAGE** Garbage bin | | ea | 1 | $ 450 | As required | | |
| H | **CHEMIST CERTIFICATE/COMPETENT PERSON** Initial certification Subsequent certificate - as required Competent person | | lot lot day | 1 1 20 | $ 2,500.00 $ 1,800.00 $ 120.00 | Owners Account As required 2,400 | | |
| I | **CRANE SERVICE FOR OWNER** Shore Crane Barge Crane Forklift | | hr hr hr | 1 1 1 | $ 250 $ 550 $ 125 | As required As required As required | | Price Includes 1 rigger & 1 operator Price Includes 1 rigger & 1 operator Price Includes 1 operator |
| | **SCHEDULE OF SHIPYARD RATES** Labor Straight time Overtime | | m-hr m-hr | 1 1 | $ 70 $ 95 | As required As required | | |
| | Electrician Straight time Overtime | | m-hr m-hr | 1 1 | $ 91 $ 137 | As required As required | | |
| | **STEEL WORK** Frame 45 Port Side Insert 20" x 37" Renew 32 Brackets (2) dedicated fire watches OT Differential | | lot | 1 | $ 349,179 | 349,179 | | |
| | **Lights** Connect / Disconnect Service | | | | | | | |
| | **Vents** Connect / Disconnect Service | | | | | | | |
| | Frame 45 Stbd Side Insert 20" x 37" Renew 32 Brackets | | | | | | | |

ISR Proposal 18-223

Bouchard Transportation Co., Inc.
"Barge No.265"

| No. | Item | Unit | Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| | (2) dedicated fire watches | | | | | | |
| | OT Differential | | | | | | |
| 10.2.1 | Lights | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |
| 10.2.2 | Ventilation | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |
| 10.3 | Fr 40 Port Side | | | | | | |
| | Insert 20" x 37" | | | | | | |
| | Renew 32 Brackets | | | | | | |
| | (1) dedicated fire watch | | | | | | |
| | OT Differential | | | | | | |
| 10.3.1 | Lights | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |
| 10.3.2 | Ventilation | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |
| 10.4 | Fr 40 Stbd Side | | | | | | |
| | Insert 20" x 37" | | | | | | |
| | Renew 32 Brackets | | | | | | |
| | (1) dedicated fire watch | | | | | | |
| | OT Differential | | | | | | |
| 10.4.1 | Lights | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |
| 10.4.2 | Ventilation | | | | | | |
| | Connect / Disconnect | | | | | | |
| | Service | | | | | | |
| 10.7 | Centerline Bkhd | | | | | | |
| | Insert 20" x 42" | | | | | | |
| | Renew (1) angle 4" x 6" x 3/8" x 34 ft long | | | | | | |
| | OT Differential | | | | | | |
| 10.5 | Staging | | | | | | |
| | 5 P/S - Stage aft bulkhead & center line bkhd | lot | 1 | $ 26,680 | $ 26,680 | 88,360 | |
| | 6 P/S - Stage fwd, aft and centerline bulkheads | lot | 1 | $ 35,000 | $ 35,000 | | |
| | 7 P/S - Stage fwd bulkhead | lot | 1 | $ 26,680 | $ 26,680 | | |
| | Change Orders | | | | | | |
| CO 16 | Insert Brackets on Transverse Bulkheads | lot | 1 | $ 29,800.00 | $29,800 | | |
| CO 17 | Insert Centerline Bulkhead | lot | 1 | $ 109,430.00 | $109,430 | | |

| | | TOTAL | $ | 805,500 |
|---|---|---|---|---|
| | | 25% Down Payment | $ | 161,377 |