THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN ADMIRALTY**

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,                                          CASE NO.: 8:19-cv-00608-SDM-SPF

vs.

BARGE B. 265,

    Defendant, *in rem*.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO VERIFIED COMPLAINT

Defendant, Barge B. 265 ("Vessel"), and B. No. 265 Corporation, as owner of the Vessel ("Owner"), by and through their undersigned counsel, per Supplemental Rule C(6), file their Answer and Affirmative Defenses to the Verified Complaint (Dkt. 1), and respectfully state and pray as follows:

1. Admit the allegations set forth in paragraph 1 of the Verified Complaint.

2. Admit the allegations set forth in paragraph 2 of the Verified Complaint.

3. Admit that the Vessel is currently within the district, but except as so admitted, the remaining allegations set forth in paragraph 3 of the Verified Complaint call for legal conclusions to which a response is not required. To the extent a response is required, the Vessel and its Owner deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 3 of the Verified Complaint.

4. Admit the Vessel was in ISR's yard on or about November 5, 2018, but except as so admitted, the remaining allegations set forth in paragraph 4 of the Verified Complaint call for

legal conclusions to which a response is not required. To the extent that a response is required, the Vessel and its Owner deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 4 of the Verified Complaint.

5. Deny the allegations set forth in paragraph 5 of the Verified Complaint.

6. Deny the allegations set forth in paragraph 6 of the Verified Complaint.

7. Deny the allegations set forth in paragraph 7 of the Verified Complaint.

8. Deny the allegations set forth in paragraph 8 of the Verified Complaint.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the Verified Complaint.

## AFFIRMATIVE DEFENSES

Defendant, Barge B. No. 265, and Vessel Owner, B. No. 265 Corporation, reiterate their answers to the allegations in the Verified Complaint, and for their affirmative defenses, allege as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim for which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its damages and/or losses, if any.

## THIRD AFFIRMATIVE DEFENSE

The Vessel, its Owner, or interests, prior to the initiation of this action or the Vessel's arrest, discharged the lien which is the subject of Plaintiff's complaint, in whole or in part.

**WHEREFORE**, the Vessel and B. No. 265 Corporation, pray:

1. That the arrest of the Barge No. 265 be immediately lifted; and

2. That judgment be entered in favor of the Vessel and its Owner for the amount of their damages, plus interest, prejudgment interest, costs and reasonable attorneys' fees.

Dated: **May 15, 2019**  Respectfully submitted,

By: /s/ Whittni M. Hodges
**ROBERT B. BIRTHISEL**
Florida Bar No: 906654
**JULES V. MASSEE**
Florida Bar No: 41554
jmassee@hamiltonmillerlaw.com
**WHITTNI M. HODGES**
Florida Bar No: 095602
whodges@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
Tel: 813-223-1900 / Fax: 813-223-1933
E-SERVICE: CBBserve@hamiltonmillerlaw.com
*Counsel for Defendant, in rem*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 15, 2019**, the foregoing document is being served on all counsel of record or *pro se* parties identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Whittni M. Hodges
Attorney

**SERVICE LIST**

**CASE NO.: 8:19-cv-00608-SDM-SPF**

**PAUL E. PARRISH, ESQ.**
Florida Bar No.: 373117
GRAY ROBINSON, PA
1795 West Nasa Blvd.
Melbourne, FL 32901
Tel: (321) 727-8100
Fax: (321) 984-4122
paul.parrish@gray-robinson.com
*Counsel for Plaintiff, International Ship Repair and Marine Services, Inc.*