UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 8:19-cv-608-T-23SPF

BARGE B. 265,

        Defendant.
_____/

## ORDER

This cause comes before the Court *sua sponte*. The Court entered an Order (Doc. 49) for Defendant to show cause on or before May 15, 2020, why attorney Michael E. Unger should not have his admission to appear pro hac vice revoked for failure to comply with this Court's Order (Doc. 47) directing Defendant, pursuant to Local Rule 2.02(a), to designate local counsel. Defendant has failed to show cause or respond to the Court's Order.

Accordingly, it is hereby

**ORDERED:**

1. Attorney Michael E. Unger's admission to appear pro hac vice is **REVOKED**.

2. On or before **June 9, 2020**, Defendant Barge B. 265[1] shall obtain substitute counsel.

    In the Middle District of Florida, a corporation may appear and be heard only

---

[1] B. No. 265 Corporation filed a Verified Statement of Interest (Doc. 16) identifying itself as a Defendant and owner of the Vessel Barge B. 265, her engines, tackle, etc., making a claim to the Vessel, and asserting its right to defend the Vessel. *See also* Doc. 21, Answer and Affirmative Defenses to Verified Complaint, filed by Barge B. 265 and B. No. 265 Corporation.

through counsel admitted to practice in the district. L. R. 2.03(e), M.D. Fla. Accordingly, Defendant Barge B. 265 is on notice that failure to obtain substitute counsel may result in a default judgment against it.

3. Attorney Michael E. Unger is directed to serve Defendant with a copy of this Order on or before **May 26, 2020**. Attorney Unger is further directed to then immediately file a notice of compliance with the Court that includes Defendant's address.

**ORDERED** in Tampa, Florida, May 19, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE